IN RE: Henry Paul RICHARDSON,
a/k/a Packer, Petitioner.

No. 17-2221

United States Court of Appeals,
Fourth Circuit.

Submitted: January 30, 2018

Decided: February 1, 2018

Henry Paul Richardson, Petitioner Pro
Se.

Before MOTZ and KEENAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Henry Paul Richardson petitions for a
writ of mandamus, alleging that the dis-
trict court has unduly delayed in ruling on
his Fed. R. Civ. P. 59(e) motion. He seeks
an order from this court directing the dis-
trict court to act. We find the present
record does not reveal undue delay in the
district court. Accordingly, we grant leave
to proceed in forma pauperis and deny the
mandamus petition. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*PETITION DENIED*